## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TRAVIS DAVIS (#341371)**　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**JACKSON C.C.**　　　　　　　　　　　　　　**NO.: 20-00112-BAJ-SDJ**

### RULING AND ORDER

On or about February 26, 2020, *pro se* Plaintiff Travis Davis, a person then confined at the Jackson Correctional Center in Jonesboro, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983. *See* (Doc. 1). On March 3, 2020, the Court issued a Letter of Deficiency (Doc. 2) to Plaintiff providing him with instructions to correct the deficiencies in his Complaint.

A review of the record reflects that the letter of deficiency was returned as undeliverable. *See* (Doc. 3). The returned mail bore the notations of "Released" and "RETURNED TO SENDER." (*Id*. at p. 3).

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days. As a practical matter, the case cannot proceed without an address where Plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure of Plaintiff to prosecute this proceeding and for failure to keep the Court apprised of his current address.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 41(b)(3), on motion of Plaintiff, filed within 30 days, and upon a showing of good cause, the Court may consider reinstatement of Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this 13th day of July, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**